IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILLIAM TATMAN, | § | |
| | § | No. 469, 2014 |
| Defendant Below-Appellant, | § | |
| | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware, |
| | § | in and for Sussex County |
| STATE OF DELAWARE, | § | Cr. ID Nos. 1006019613, |
| | § | 1006002784, 0912009017, |
| Plaintiff Below-Appellee. | § | and 0702023280 |
| | § | |

Submitted: November 3, 2014
Decided: December 9, 2014

Before **STRINE**, Chief Justice, **RIDGELY**, and **VALIHURA**, Justices.

# **O R D E R**

This 9th day of December 2014, it appears to the Court that the State has filed a motion to remand this matter to the Superior Court to vacate its violation of probation (VOP) sentencing orders dated August 14, 2014 and August 22, 2014 and to hold a new sentencing hearing. The State asserts that the Superior Court's VOP sentencing order and corrected order failed to credit appellant with all of the time he has previously served on his sentences. The appellant has not filed any response in opposition to the State's motion to remand.

NOW, THEREFORE, IT IS ORDERED that the Superior Court judgments dated August 14, 2014 and August 22, 2014 are hereby

VACATED. The matter is REMANDED to the Superior Court to hold a new sentencing hearing to consider the State's claim that the appellant is entitled to additional credit for time served and any other claim raised by the parties regarding the appropriate sentence to be imposed. Jurisdiction is not retained.

BY THE COURT:

/s/ Karen L. Valihura
Justice